| | | |
|---|---|---|
| RETURN DATE: MAY 19, 2020 | : | SUPERIOR COURT |
| PHILLIP HODGE | : | J.D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC | : | APRIL 6, 2020 |

## COMPLAINT

1. The plaintiff, Phillip Hodge (hereinafter, the "plaintiff"), was and still is a resident of the State of Connecticut with his place of residence being in the City of New London.

2. At all times mentioned herein, the defendant, Veolia Water North America Operating Services, LLC (hereinafter, the "defendant"), was a Massachusetts corporation licensed to do business in, and actively conducting business within, the State of Connecticut.

3. At all times mentioned herein, the defendant was responsible for servicing and/or maintaining the water meter on the property located at 37 Orchard Street in New London, Connecticut (hereinafter, the "premises").

4. At all times mentioned herein, the plaintiff was the lawful owner and resident of the premises.

5. On or about July 19, 2019 the defendant accessed the water meter at said premises via the water meter access hole in the yard of the premises.

6. At the same time and place, the defendant moved, opened, removed and/or manipulated the cover of said water meter access hole on the premises.

CARTER MARIO LAW FIRM · 12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 106160 · (203) 281-0202

7. At the same time and place, the defendant thereafter replaced, closed, and/or manipulated the cover of said water meter access hole on the premises following their inspection and/or maintenance of the water meter.

8. At all times mentioned herein, the defendant did not notify the plaintiff of their inspection and/or maintenance of the water meter on the premises.

9. At all times mentioned herein, the defendant did not notify the plaintiff that they moved, opened, removed and/or manipulated the cover of said water meter access hole on the premises.

10. At all times mentioned herein, the defendant controlled the water meter access hole and cover on the premises.

11. At all times mentioned herein, the defendant maintained the water meter access hole and cover on the premises.

12. On or about July 22, 2019, the plaintiff was lawfully upon the premise doing yardwork.

13. At the same time and place, as the plaintiff was trimming hedges on the premises, he stepped on top of the water meter access hole cover.

14. At the same time and place, the water meter access hole cover gave out and/or moved from beneath the plaintiff's feet, causing the plaintiff to fall into the water meter access hole (hereinafter, the "fall").

CARTER MARIO LAW FIRM
12 MONTOWESE AVENUE - NORTH HAVEN, CONNECTICUT 06473 - JURIS NO. 104160 - (203) 281-0202

15. The plaintiff's fall and resulting injuries and losses were due to the negligence and carelessness of the defendant, Veolia Water North America Operating Services, LLC, it's agents, servants, and/or employees, in one or more of the following ways:

   a. In that it/they had a duty to maintain the water meter access hole cover on the premises in a reasonably safe condition, yet failed to do so;

   b. In that it/they had a duty to replace the water meter access hole cover on the premises in the same condition they had found it, or in an otherwise reasonably safe condition, yet failed to do so;

   c. In that it/they failed to inspect, or adequately inspect, the water meter access hole cover on the premises;

   d. In that it/they knew, or should have known, that failing to properly place back the cover to the water meter access hole created an unsafe and dangerous condition for residents of the premises, such as the plaintiff;

   e. In that it/they allowed or permitted the cover to the water meter access hole to degrade or become unfit for its intended purpose, creating an unsafe and dangerous condition for pedestrians, such as the plaintiff;

   f. In that it/they failed to repair and/or replace, or adequately repair and/or replace, the water meter access hole cover, thereby creating an unsafe and dangerous condition for residents, such as the plaintiff;

   g. In that it/they failed to warn, or adequately warn, the residents of the premises, such as the plaintiff, that the cover to the water meter access hole on the premises was not placed back correctly and/or was in an unsafe and/or dangerous condition;

   h. In that it/they failed to ensure that the cover to the water meter access hole on the premises was reasonably safe for residents, such as the plaintiff.

16. As a result of the fall, the plaintiff suffered the following injuries and/or exacerbations of injuries, some of which injuries and/or exacerbations of injuries being permanent in nature:

CARTER MARIO LAW FIRM
12 MONTOWESE AVENUE - NORTH HAVEN, CONNECTICUT 06473 - JURIS NO. 106160 - (203) 281-0202

    a.    Venous stasis ulcer of right and left lower leg with fat layer exposed with varicose veins
    b.    Open wounds on left and right lower leg
    c.    Scarring on left and right lower leg

17. As a further result of her injuries, the plaintiff has experienced, and will continue to experience in the future, pain and suffering, an increased likelihood of future medical treatment and/or disorders, and fear and apprehension of such future medical treatment and/or disorders.

18. As a further result of her injuries, the plaintiff has incurred, and may continue to incur, medical expenses.

19. As a further result of her injuries, the ability of the plaintiff to pursue and enjoy life's leisure activities has been reduced.

THE PLAINTIFF
Phillip Hodge

By: Luke Mario, Esq.
Carter Mario Law Firm
158 Cherry Street
Milford, Connecticut
Tel. No: 203-876-2711
Juris No: 106160

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

CARTER MARIO LAW FIRM
12 MONTOWESE AVENUE · NORTH HAVEN, CONNECTICUT 06473 · JURIS NO. 106160 · (203) 281-0202

| | | |
|---|---|---|
| RETURN DATE: MAY 19, 2020 | : | SUPERIOR COURT |
| PHILLIP HODGE | : | J.D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC | : | APRIL 6, 2020 |

### PRAYER FOR RELIEF

The Plaintiff claims:

1. Monetary relief; and

2. Such other and further relief as the Court deems appropriate.

THE PLAINTIFF:
Phillip Hodge

By: Luke Mario, Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven, Connecticut
Tel. No: 203-281-0202
Juris No: 106160

ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: MAY 19, 2020 | : | SUPERIOR COURT |
| PHILLIP HODGE | : | J.D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC | : | APRIL 6, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFF:
Phillip Hodge

By: Luke Mario, Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven, Connecticut
Tel. No: 203-281-0202
Juris No: 106160

ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

CARTER MARIO LAW FIRM
12 MONTOWESE AVENUE - NORTH HAVEN, CONNECTICUT 06473 - JURIS NO. 106160 - (203) 281-0202